UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Chad ARNOLD, | Case No.: 23-cv-1396-AGS-KSC |
|---|---|
| Petitioner, | **ORDER DISMISSING WRIT OF HABEAS CORPUS PETITION (ECF 1) AND DENYING AS MOOT REMAINING MOTIONS (ECF 2, 3, 5, 6)** |
| v. | |
| COUNTY OF SAN DIEGO CORPORATION, et al., | |
| Respondents. | |

In his habeas petition, Chad Arnold challenges a child-support order and a state-court warrant for failing to comply with that order. (*See generally* ECF 1.) But writs of habeas corpus extend only to those "in custody," and Arnold does not appear to qualify. *See Stone v. Powell*, 428 U.S. 465, 475 (1976) (explaining the history of writs of habeas corpus); 28 U.S.C. § 2254(a) (limiting federal courts' habeas review to "the ground that he is in custody in violation of the Constitution or laws or treaties of the United States"). Arnold lists a mailing address in Vista, California, that does not correspond to any correctional facility. (*See* ECF 1, at 1.) And no one by his name is a current California state prisoner, according to the California Department of Corrections and Rehabilitation's inmate locator. *See* https://inmatelocator.cdcr.ca.gov/search.aspx (last visited Sept. 6, 2023). Nor does he allege that he was on parole or otherwise in constructive custody.

Because Arnold is not "in custody pursuant to the judgment of a State," this Court lacks subject-matter jurisdiction over his habeas petition. *See Brock v. Weston*, 31 F.3d 887, 889 (9th Cir. 1994). So, the Court **DISMISSES** that petition for lack of jurisdiction. And Arnold's remaining motions are **DENIED AS MOOT**. The Clerk is directed to close this case.

Dated:  September 6, 2023

_____
Hon. Andrew G. Schopler
United States District Judge